UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASHINGTON BENAVIDES MORAN, ON
BEHALF OF HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

                Plaintiffs,

        -against-

LUDIVINE MADISON AVENUE, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/15/2026_
```

26 Civ. 1104 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated February 7, 2026, the Court directed the parties to file a joint letter and jointly proposed case management plan and scheduling order by April 12, 2026. *See* ECF No. 7. Those submissions are now overdue. Accordingly, by **May 5, 2026**, the parties shall file a joint letter and jointly proposed case management plan and scheduling order.

      SO ORDERED.

Dated: April 15, 2026
       New York, New York

                                    ANALISA TORRES
                        United States District Judge