USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    5/1/2026

**GOTTLIEB & ASSOCIATES**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

April 30, 2026

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Benavides Moran v. Ludivine Madison Avenue, LLC*
      Case No.: 1:26-cv-1104

Dear Judge Torres,

The undersigned represents Plaintiff, Washington Benavides Moran, on behalf of himself and all others similarly situated ("Plaintiff"), in the above-referenced action against Ludivine Madison Avenue, LLC ("Defendant"). Plaintiff respectfully requests a 60-day extension of the current deadline to submit the proposed Case Management Plan and Scheduling Order, which are presently due on May 5, 2026 (Dkt. 9).

Counsel for the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

GRANTED.  The parties shall submit their joint letter and proposed case management plan by **July 6, 2026**.

GOTTLIEB & ASSOCIATES PLLC

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11.

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

SO ORDERED.

Dated:  May 1, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge